Margaret M. Vierbuchen
Wyoming State Bar No. 8-6767
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
margaret.vierbuchen3@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Criminal No. 26-CR-69-S** |
| **KATRINA MARIE AMAYA-LOPEZ,** | |
| Defendant. | |

## MOTION FOR ORDER DECLARING WRIT OF HABEAS CORPUS AD PROSEQUENDUM MOOT OR OTHERWISE WITHDRAWN

The United States of America, by and through Margaret M. Vierbuchen, Assistant United States Attorney for the District of Wyoming, respectfully seeks an Order withdrawing or mooting the outstanding Writ of Habeas Corpus Ad Prosequendum in this criminal matter, and in support thereof states as follows:

1. On March 31, 2026, a complaint and arrest warrant in this criminal matter were issued. (ECF 1 and 4).

2. On April 15, 2026, the United States filed a Petition for Writ of Habeas Corpus Ad Prosequendum. (ECF 6).

3. On April 16, 2026, the court issued an Order for Writ of Habeas Corpus Ad Prosequendum. (ECF 9). And, that same day, a Writ of Habeas Corpus Ad Prosequendum was issued by the clerk of court. (ECF 10).

4. After the Writ was issued, the Defendant, Katrina Marie Amaya-Lopez, was taken into custody on the arrest warrant in this case upon her release from her state sentence in the District of Nevada.  She made her initial appearance and Rule 5 hearing in the District of Nevada on or about May 1, 2026.[1]  Over government objection and after denying the government's request to stay the order of release, a U.S. Magistrate Judge in the District of Nevada ordered the release of the Defendant on pre-trial supervision pending her initial appearance in the District of Wyoming. Thus, the U.S. Marshal's Service cannot execute the Writ because the Defendant is not in custody.

5. The Grand Jury has since returned an Indictment against the Defendant who has been summoned to appear in this District for an initial appearance on June 16, 2026. (ECF 12 & 14).

WHEREFORE, the United States' requests that this court enter an order mooting or withdrawing the Writ of Habeas Corpus Ad Prosequendum that is outstanding in this case.

DATED this 27th day of May, 2026.

DARIN D. SMITH
United States Attorney


By:    /s/ Margaret Vierbuchen
MARGARET VIERBUCHEN
Assistant United States Attorney

---

[1] Undersigned counsel was advised of Rule 5 proceedings by the AUSA who handled the matter in the District of Nevada. To date, upon information and belief, the Clerk of Court for the District of Nevada has not forwarded the Rule 5 records to this District.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2026 the foregoing was electronically filed and copied mailed to the Defendant as she is unrepresented given at this time.

*/s/ Andi M. Shaffer*
For the United States Attorney's Office